UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
UNITED STATES of AMERICA

**ORDER**

-vs-
CR-04-966(S-5)(FB)

Victor Wright,
    Defendant.

-------------------------------------------------

  On April 19, 2006 the Court heard oral argument on the governments motion to dismiss without prejudice counts 1(S-5, 2(S-5), 8(s-5) to 14(S-5), in open court, on the record with all counsel present. For the reasons stated on the record at oral , it is

  HEREBY ORDERED that the governments motion is GRANTED.

SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
   April 21, 2006