UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,           :

                Plaintiff,           :           **ORDER**

                -against-           :           04 Cr. 966 (FB)

VICTOR WRIGHT, et al.,           :

                Defendants.           :
------------------------------------------------------X

BLOCK, District Judge:

       Upon the application of Neil B. Checkman, Esq., counsel for the defendant, Victor Wright in the above-captioned case, and upon proceedings previously held herein, and it

APPEARING that Victor Wright intends to proceed to on June 13, 2006 trial pro se,

AND IT FURTHER APPEARING that it is necessary that the pro se defendant be able to prepare a defense, review voluminous Jenck's Act materials, and to learn the Federal Rules of Evidence and Procedure,

IT IS HEREBY ORDERED THAT: Victor Wright, Register No. 04385-000, be permitted four (4) days in the law library per week from the date that this Order is served until the conclusion of his trial, the specific days he will be permitted access to the law library are to be determined by the warden of the Metropolitan Detention Center.

       DATED: May 5, 2006
                Brooklyn, New York

SO ORDERED:

                                                FREDERIC BLOCK,
                                                UNITED STATES DISTRICT JUDGE