UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA,

                                    AMENDED ORDER

        -against-

                                    Case No. 04 CR 966 (FB)

VICTOR WRIGHT,

        Defendant.
-----------------------------------x

**FREDERIC BLOCK**, United States District Court Judge

Upon application of the Defendant Victor Wright ("Defendant") in the above-captioned case; who has affirmed that his request is necessary for the proper research, analysis, and preparation of his Federal pleadings in this case - Defendant has respectfully requested that he be afforded adequate, effective and meaningful access to the Federal Bureau of Prisons (BOP) Law Library at MDC Brooklyn, New York.

It is hereby ordered, that MDC Brooklyn afford Defendant access to both the Law Library and the Visiting Room computers in order to view discovery material until the conclusion of his trial for as many hours as practicable per week pursuant to MDC Brooklyn policy and procedures and taking into account institution security concerns.

Dated: Brooklyn, New York
      May ___, 2006

SO ORDERED:

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE