UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-                       **ORDER**
                                   Case No. 04-CR-966 (S-6)

VICTOR WRIGHT,

            Defendant.
----------------------------------------------------x

      Pursuant to a status conference held on May 22, 2006, trial in this matter is scheduled to begin on June 5, 2006, with jury selection to begin on May 30, 2006. In light of this schedule, and having considered the letter dated May 19, 2006, from defendant Victor Wright ("Wright"), the Court modifies its order dated May 19, 2006, as follows:

      Wright shall be allowed access to the Law Library at MDC Brooklyn for no fewer than six (6) days between the date of this order and June 4, 2006; access for each day shall be for all hours during which the Law Library is open. Access to the Law Library during trial will be addressed in a subsequent order.

      **SO ORDERED.**

                                                                      FB

                                        _____
                                        FREDERIC BLOCK
                                        United States Senior District Judge

Brooklyn, New York
May 23, 2006